# MINUTES OF THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

*LEO EDWARDS BROWN*     v.    *DORA SHRIRO, et al.*

THE HONORABLE JOHN W. SEDWICK          CASE NO. 2:07-cv-00234 (JWS)

PROCEEDINGS:    **ORDER FROM CHAMBERS**          Date:  August 22, 2008

---

At docket 13, the magistrate judge recommends that Petitioner Brown's petition be dismissed.  This court reviews that recommendation pursuant to the following standards:  (1)  All recommended conclusions of law and all recommended findings of fact as to which an objection is taken are reviewed *de novo*.  (2)  All recommended findings of fact as to which no objection is taken are reviewed for clear error.  Having applied the preceding standards, this court finds that all the recommended findings of fact and conclusions of law from the magistrate judge are correct and adopts them.  Based thereon, the petition in this case is **DISMISSED** as untimely.